IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANOIA'S EATERY, LLC d/b/a DIANOIA'S and PIZZERIA DAVIDE,<br><br>        Plaintiff,<br><br>    v.<br><br>MOTORISTS MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 2:20-cv-00787-NBF<br><br>Hon. Nora Barry Fischer |

## NOTICE OF APPEAL

Notice is hereby given that Motorists Mutual Insurance Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order by which the Court declined to exercise its subject matter jurisdiction and remanded the instant matter to the Court of Common Pleas of Allegheny County, Pennsylvania, which was entered in this action on the 27th day of August, 2020, a copy of which is attached hereto at Exhibit 1.

    Respectfully submitted,

    BURNS WHITE LLC

    By: /s/ Matthew A. Meyers
        Matthew A. Meyers (PA I.D. 202838)
        E-mail: mameyers@burnswhite.com
        Robert E. Dapper, Jr. (PA I.D. 46378)
        E-mail: redapper@burnswhite.com
        Taylor M. Davis (PA I.D. 327312)
        E-mail: tmdavis@burnswhite.com
        Burns White Center
        48 26th Street
        Pittsburgh, PA 15222
        (412) 995-3281 – Direct
        (412) 995-3300 – Fax

*Attorneys for Defendant, Motorists Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on September 24, 2020, the within **NOTICE OF APPEAL** was filed electronically and will be served upon all counsel via the Court's ECF System. The Parties may access this filing through the Court's system.

| | |
|---|---|
| JAMES C. HAGGERTY, Esquire<br>jhaggerty@hgsklawyers.com<br>HAGGERTY, GOLDBERG, SCHLEIFER &<br>KUPERSMITH, P.C.<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103 | SCOTT B. COOPER, Esquire<br>scooper@schmidtkramer.com<br>SCHMIDT KRAMER, P.C.<br>209 State Street<br>Harrisburg, PA 17101 |
| JOHN P. GOODRICH, Esquire<br>jack@goodrichpc.com<br>LAUREN R. NICHOLS, Esquire<br>lauren@goodrichpc.com<br>GOODRICH and ASSOCIATES, P.C.<br>429 Fourth Avenue, Suite 900<br>Pittsburgh, PA 15219 | JONATHAN SHUB, Esquire<br>jshub@shublawyers.com<br>SHUB LAW, LLC<br>134 Kings Highway E., 2nd Floor<br>Haddonfield, NJ 08033 |

*Attorneys for Plaintiff*

/s/ Matthew A. Meyers
Matthew A. Meyers