IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANOIA'S EATERY, LLC d/b/a DIANOIA'S and PIZZERIA DAVIDE,<br><br>      Plaintiff,<br><br>   v.<br><br>MOTORISTS MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 2:20-cv-00787-NBF<br><br>Hon. Nora Barry Fischer |

**SUPPLEMENTAL AND AMENDED NOTICE OF APPEAL**

WHEREAS, on September 24, 2020, a Notice of Appeal to the United States Court of Appeals for the Third Circuit was filed in this matter [Doc. 25] with respect to the Order by which the Court declined to exercise its subject matter jurisdiction and remanded the instant matter to the Court of Common Pleas of Allegheny County, Pennsylvania, which was entered in this action on the 27th day of August, 2020 ("Remand Order") [Doc. 19]; and

WHEREAS, on September 24, 2020, the Appeal of this matter was docketed in the United States Court of Appeals for the Third Circuit at Case Number 20-2954; and

WHEREAS, following the filing of the Notice of Appeal, on September 24, 2020, the Honorable Nora Barry Fischer entered an Order in this Court [Doc. 26] denying, as moot, a Motion to reconsider and/or amend portions of the Remand Order [Doc. 20], but memorializing that the Clerk of Court would not transmit the Remand Order [Doc. 19] to the Court of Common Pleas of Allegheny County, at this time, thereby superseding, in part, the Remand Order [Doc. 19].

NOW, THEREFORE, notice is hereby given that Motorists Mutual Insurance Company, Defendant in the above named case, submits this supplemental and amended appeal to the United

States Court of Appeals for the Third Circuit from the Order by which the Court declined to exercise its subject matter jurisdiction and remanded the instant matter to the Court of Common Pleas of Allegheny County, Pennsylvania, which was entered in this action on the 27th day of August, 2020 [Doc. 19], and the Court's Order of September 24, 2020 [Doc. 26]. Copies of these Orders are attached hereto at Exhibits 1 and 2, respectively.

    Respectfully submitted,

    BURNS WHITE LLC

    By: /s/ Matthew A. Meyers
        Matthew A. Meyers (PA I.D. 202838)
        E-mail: mameyers@burnswhite.com
        Robert E. Dapper, Jr. (PA I.D. 46378)
        E-mail: redapper@burnswhite.com
        Taylor M. Davis (PA I.D. 327312)
        E-mail: tmdavis@burnswhite.com
        Burns White Center
        48 26th Street
        Pittsburgh, PA 15222
        (412) 995-3281 – Direct
        (412) 995-3300 – Fax
        *Attorneys for Defendant, Motorists Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 25, 2020, the within **SUPPLEMENTAL AND AMENDED NOTICE OF APPEAL** was filed electronically and will be served upon all counsel via the Court's ECF System. The Parties may access this filing through the Court's system.

| | |
|---|---|
| JAMES C. HAGGERTY, Esquire<br>jhaggerty@hgsklawyers.com<br>HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103 | SCOTT B. COOPER, Esquire<br>scooper@schmidtkramer.com<br>SCHMIDT KRAMER, P.C.<br>209 State Street<br>Harrisburg, PA 17101 |
| JOHN P. GOODRICH, Esquire<br>jack@goodrichpc.com<br>LAUREN R. NICHOLS, Esquire<br>lauren@goodrichpc.com<br>GOODRICH and ASSOCIATES, P.C.<br>429 Fourth Avenue, Suite 900<br>Pittsburgh, PA 15219 | JONATHAN SHUB, Esquire<br>jshub@shublawyers.com<br>SHUB LAW, LLC<br>134 Kings Highway E., 2nd Floor<br>Haddonfield, NJ 08033 |

*Attorneys for Plaintiff*

/s/ Matthew A. Meyers
Matthew A. Meyers